UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAYNE CRANICK, | CASE NO. CV F 13-0671 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 19.) |
| vs. | |
| NIAGARA CREDIT RECOVERY, INC., | |
| Defendant. | |
| _____/ | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES without prejudice this entire action and all claims;

2. VACATES all pending matters and dates, including the April 16, 2014 scheduling conference; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **February 4, 2014**                    **/s/ Lawrence J. O'Neill**
                                                              UNITED STATES DISTRICT JUDGE

1